[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 04 2008
THOMAS K. KAHN
CLERK

No. 07-11448
Non-Argument Calendar

————————————————

D. C. Docket No. 06-00389-CR-T-27-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAURINO ESPINOZA,
a.k.a. El Chino,

Defendant-Appellant.

————————————————

Appeal from the United States District Court for the
Middle District of Florida

————————————————

**(January 4, 2008)**

Before ANDERSON, CARNES and BARKETT, Circuit Judges

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Taurino Espinoza in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Espinoza's conviction and sentence are **AFFIRMED**.